# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Liu Liangli,

      Petitioner

v.

John Mattos, et al.,

      Respondents

Case No.: 2:26-cv-01093-JAD-EJY

**Order Granting Petitioner's Motion to Dismiss and Closing Case**

[ECF No. 10]

Petitioner Liu Liangli filed a pro se petition for a writ of habeas corpus in early April 2026.  I appointed him counsel and prohibited the respondents from transferring him out of the district except for the purpose of effectuating a lawful deportation.[1]  On May 12, 2026, Liangli's counsel moved for an order "directing respondents to identify where petitioner is being detained," contending that Nevada Southern Detention Center officials informed counsel that Liangli was released from custody on April 22, 2026, and efforts to reach the respondents for an explanation were fruitless.[2]  On May 18, 2026, the government filed a status report indicating that Liangli was removed to China on April 22, 2026.[3]  Liangli thus moves to dismiss this case as moot.[4]  With good cause appearing, I grant that motion, dismiss this case as moot, and close it.

---

[1] ECF No. 3.

[2] ECF No. 6.

[3] ECF No. 9.

[4] ECF No. 10.

**Conclusion**

IT IS THEREFORE ORDERED that  Liu Liangli's motion to dismiss **[ECF No. 10] is**

**GRANTED** and this case is **DISMISSED as moot.**  The Clerk of Court is directed to CLOSE

THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
May 19, 2026

2